RAYMOND POWERS, Respondent, v CATHERINE WILSON, Appellant.

Submitted January 29, 2007; decided March 27, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PABLO RIVAS et al., Appellants, v AMERIMED USA, INC., et al., Respondents.

Submitted January 2, 2007; decided March 27, 2007

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the dismissal of the complaint against defendants Posner, Waksal and Engelman, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

In the Matter of STEVE STROMAN, Appellant, v PETER E. CORNING, as a County Court Justice, Respondent.

Submitted February 5, 2007; decided March 27, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.